**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Ahmed Y. Hassan

                                   Plaintiff,

v.                                                       Case No.: 1:08−cv−01418
                                                         Honorable Wayne R. Andersen

Ruth A. Dorochoff, et al.

                                   Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

       Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of
Magistrate Judge Honorable Jeffrey Cole for the purpose of holding proceedings related
to: discovery supervision.(tsa, )Mailed notice.

Dated: April 15, 2008

                                                         /s/ Wayne R. Andersen
                                          _____

                                                         United States District Judge