| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☑ Addressee<br><br>B. Received by (Printed Name)  \| C. Date of Delivery<br>  \|  MAR 2 6 2008 |
| 1. Article Addressed to:<br><br>Michael B. Mukasey, Attorney General<br>U.S. Department of Justice<br>Main Justice Building<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☑ Certified Mail    ☐ Express Mail<br>  ☐ Registered       ☑ Return Receipt for Merchandise<br>  ☐ Insured Mail     ☐ C.O.D.<br><br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7006 0810 0004 0926 8249 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540