| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )　C. Date of Delivery 3/26/08 |
| 1. Article Addressed to:<br><br>Robert S. Mueller, Director,<br>Federal Bureau of Investigation<br>Office of the General Counsel<br>FBI Headquarters, J. Edgar Hoover Bldg.<br>935 Pennsylvania Avenue, NW<br>Washington, DC 20535-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail　☐ Express Mail<br>☐ Registered　　☒ Return Receipt for Merchandise<br>☐ Insured Mail　☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)　☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0810 0004 0926 8263 |

PS Form 3811, February 2004　　Domestic Return Receipt　　102595-02-M-1540