UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AHMED Y. HASSAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1418 |
| | ) | |
| RUTH A. DOROCHOFF, et al., | ) | Judge Andersen |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNCONTESTED MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

The named federal defendants, by and through Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, move for an extension of time to June 30, 2008 to answer or otherwise plead to the complaint, and in support, state the following:

1.      The answer to the complaint is due May 27, 2008.

2.      Undersigned counsel has recently been advised of activity concerning plaintiff's citizenship application which may make moot part or all of plaintiff's complaint.

3.      Defendants accordingly request a short extension of time for undersigned counsel to obtain and review updated information from the client federal agencies, in order to answer or otherwise respond to the complaint.

4.      No prejudice shall result should the court grant defendants' motion for extension of time, as plaintiff's counsel has represented that he has no objection thereto.

WHEREFORE, defendants request that they be given leave to answer or otherwise respond to the complaint by June 30, 2008.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Ernest Y. Ling
    ERNEST Y. LING
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5870
    ernest.ling@usdoj.gov