UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AHMED Y. HASSAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 1418 |
| v. ) | |
| ) | Judge Andersen |
| RUTH A. DOROCHOFF, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To: Mark S. Davidson
Davidson & Schiller, LLC
One North La Salle Street, Suite 2400
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on Thursday, June 5, 2008 at 9:00 a.m. at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Andersen in the courtroom occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

**Defendants' Uncontested Motion for Extension of Time to Answer or Otherwise Plead**

in the above-captioned case, at which time and place you may appear if you see fit.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

        By: s/Ernest Y. Ling
           ERNEST Y. LING
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 353-5870
           ernest.ling@usdoj.gov