UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AHMED Y. HASSAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 1418 |
| v. | ) | |
| | ) | Judge Andersen |
| RUTH A. DOROCHOFF, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:　Mark S. Davidson
　　　Davidson & Schiller, LLC
　　　One North La Salle Street, Suite 2400
　　　Chicago, Illinois 60602

　　　PLEASE TAKE NOTICE that on Thursday, July 31, 2008 at 9:00 a.m. at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Andersen in the courtroom occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

　　　**Defendants' Motion to File Answer, *Instanter***

in the above-captioned case, at which time and place you may appear if you see fit.

                                      Respectfully submitted,

                                      PATRICK J. FITZGERALD
                                      United States Attorney

                                      By: s/ Ernest Y. Ling
                                          ERNEST Y. LING
                                          Assistant United States Attorney
                                          219 South Dearborn Street
                                          Chicago, Illinois 60604
                                          (312) 353-5870
                                          ernest.ling@usdoj.gov